IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-CV-00717-WDM-MJW

ROGER C. LITZINGER,

Plaintiff(s),

v.

BERNARD H. GUIOT, M.D.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Plaintiff's Unopposed Motion to Modify Scheduling Order, which was filed on December 23, 2005 (Docket No. 16), is granted to the following extent. The Scheduling Order is amended as follows. The plaintiff shall designate all experts and provide opposing counsel with all information specified by Fed. R. Civ. P. 26(a)(2) on or before March 1, 2006. Defendant shall designate all experts and provide opposing counsel with all information specified by Fed. R. Civ. P. 26(a)(2) on or before April 17, 2006. Defendant shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before May 15, 2006. The discovery cut-off is now June 15, 2006. No further extensions will be granted.

Date: December 23, 2005