IN THE DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 05-CV-00717-WDM-MJW

ROGER C. LITZINGER,

   Plaintiff,

v.

BERNARD H. GUIOT, M.D.,

   Defendant.

---

ORDER
( Docket no. 25 )

---

THIS MATTER, having come before the Court upon Defendant's Unopposed Motion to Modify Scheduling Order, the Court having reviewed said motion and being fully advised in the premises;

THEREFORE ORDERS that Defendant be and hereby is granted up to and including May 1, 2006 within which to designate Defendant's experts and Plaintiff be and hereby is granted up to and including May 31, 2006 within which to designate rebuttal experts.

DATED this 17th day of April, 2006.

BY THE COURT:

_____
Magistrate Judge Michael M. Watanabe
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE