IN THE DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 05-CV-00717-WDM-MJW

ROGER C. LITZINGER,

    Plaintiff,

v.

BERNARD H. GUIOT, M.D.,

    Defendant.

___

**ORDER**
( Docket No. 33 )

THIS MATTER, having come before the Court upon the Joint Motion to Modify Scheduling Order (Docket No. 33), the Court having reviewed said motion and being fully advised in the premises;

THEREFORE ORDERS that the Scheduling Order is modified to extend the discovery cutoff from June 15, 2006 to August 15, 2006.

DATED this 10th day of May, 2006.

BY THE COURT:

_____
U.S. Magistrate Judge Michael M. Watanabe